Our standard of review is set out in Ex parte Weaver,559 So.2d 178 (Ala. 1989), and Ex parte Alabama State TenureCommission, 555 So.2d 1071 (Ala. 1989). Was the action of the Tenure Commission "unjust"? The answer depends on whether the action was contrary to the overwhelming weight of the evidence. The Court of Civil Appeals' finding that the Tenure Commission's decision was "wholly unsupported by the evidence" and that there was "no evidence" as to the availability of teaching positions was tantamount to a finding that the decision of the Tenure Commission was contrary to the overwhelming weight of the evidence. Therefore, I would affirm.
INGRAM, J., concurs.